IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE ) | GENERAL ORDER |
| ASSIGNMENT OF CASES INVOLVING ) | |
| BERKSHIRE HATHAWAY OR ITS ) | |
| SUBSIDIARIES AS PARTIES ) | No. 2007-19 |
| ) | |

To avoid potential conflicts of interest, the Nebraska Judicial Council has agreed that all cases filed on the Omaha and North Platte dockets subsequent to the date of this order in which Berkshire Hathaway or one of its subsidiaries is a party shall be directly assigned to Senior United States District Judge Lyle E. Strom for full pretrial management and trial.

The court will identify a corporate entity as a Berkshire Hathaway subsidiary based solely on information that the entity discloses in the disclosure statement required by Federal Rule of Civil Procedure 7.1 and Federal Rule of Criminal Procedure 12.4. This disclosure statement must be filed in each new case in which the corporate entity is a party.

The clerk's office is directed to file a copy of this order in each case assigned or reassigned to Judge Strom because Berkshire Hathaway or one of its subsidiaries is a party.

This order shall take effect immediately.

IT IS SO ORDERED.

DATED this 2nd day of November, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge

s/ Richard G. Kopf
United States District Judge

s/ Laurie Smith Camp
United States District Judge