IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NORTHERN NATURAL GAS COMPANY, )
                              )
            Plaintiff,        )        8:08CV68
                              )
      v.                      )
                              )
MARTIN, PRINGLE, OLIVER,      )        ORDER
WALLACE & BAUER, L.L.P.,      )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the joint motion for enlargement of time (Filing No. 20). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until March 6, 2008, to furnish a statement of facts to accompany the certified question to the Supreme Court of Kansas.

DATED this 3rd day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court