IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHERN NATURAL GAS COMPANY, ) ) | |
| Plaintiff, ) ) | 8:08CV68 |
| v. ) ) | |
| MARTIN, PRINGLE, OLIVER, ) WALLACE & BAUER, L.L.P., ) ) | ORDER |
| Defendant. ) _____) | |

This matter is before the Court on the agreed motion for withdrawal and substitution of counsel (Filing No. 27). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; Steven D. Ruse is deemed withdrawn as counsel for defendant and Anthony F. Rupp is substituted as counsel for defendant.

DATED this 2nd day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court