```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

NORTHERN NATURAL GAS COMPANY, )
                              )
          Plaintiff,          )        8:08CV68
                              )
     v.                       )
                              )
MARTIN, PRINGLE, OLIVER,      )        ORDER
WALLACE & BAUER, L.L.P.,      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 31). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs, attorney fees and related expenses of litigation.

DATED this 22nd day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court